People v Cornelius (2026 NY Slip Op 00432)

People v Cornelius

2026 NY Slip Op 00432

Decided on January 29, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 29, 2026

Before: Scarpulla, J.P., Kapnick, González, Shulman, O'Neill Levy, JJ. 

Ind No. 3898/16|Appeal No. 5712|Case No. 2018-04168|

[*1]The People of the State of New York, Respondent,
vJarell Cornelius, Defendant-Appellant.

Caprice R. Jenerson, Office of the Appellate Defender, New York (Rosemary Herbert of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Andrew Kim of counsel), for respondent.

Judgment, Supreme Court, New York County (Robert M. Stolz, J.), rendered April 11, 2018, convicting defendant, after a jury trial, of grand larceny in the fourth degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously affirmed.
The verdict convicting defendant of grand larceny in the fourth degree was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348 [2007]; see also People v Baque, 43 NY3d 26 [2024]). The store owner's testimony regarding both the wholesale and retail value of the stolen cell phones and the cost of replacing the stolen display-only phones supported the jury's conclusion that the combined values of the stolen property exceeded the statutory threshold of $1,000 (see Penal Law § 155.30[1]; People v Irrizari, 5 NY2d 142, 146 [1959]; People v Coulibaly, 223 AD3d 536, 537 [1st Dept 2024], lv denied 41 NY3d 982 [2024]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 29, 2026